UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JERRY BRUMFIEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 1:03-cv-1598-JDT-TAB |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**JUDGMENT**

Judgment is entered for the Plaintiff, Jerry Brumfiel, and against the Defendant, United States of America. The Plaintiff is awarded damages in the sum of $107,329.00, plus costs.

ALL OF WHICH IS ORDERED this 25th day of October 2005.

Laura A. Briggs, Clerk
United States District Court

John Daniel Tinder, Judge
United States District Court

_____
By Evelyn A. Hollins, Deputy Clerk

Copies to:

David Austin Cox
Bayliff, Harrigan Cord & Maugans, P.C.
dave.cox@bhcmlaw.com

Jeffrey L. Hunter
United States Attorney's Office
jeff.hunter@usdoj.gov

Erin Reilly Lewis
United States Attorney's Office
erin.lewis@usdoj.gov